## CALENDAR: MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE __Lois Bloom__                     DATE: __3/14/13__

DOCKET NUMBER: __10 CR 963 (ENV)__ LOG #: __2:43 - 2:50__

DEFENDANT'S NAME: __Juan Fernando Meyendorf__
      ✓ Present     ___ Not Present     ✓ Custody     ___ Bail

DEFENSE COUNSEL: __Paul Nalven__
      ___ Federal Defender     ___ CJA     ✓ Retained

A.U.S.A: __Soumya Dayananda__  DEPUTY CLERK: __G. M. Yuen__

INTERPRETER: __Maria Gotler__ (Language) __Spanish__

_____ Hearing held. _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered. Code Type ___ Start ___ Stop ___

✓ Order of Speedy Trial entered. Code Type ___ Start __3/14__ Stop __4/19/13__

✓ Defendant's first appearance. ✓ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to ALL counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS: _____