```
WMN/CK:JDL
F. #2010R02260/OCDETF #NYNYE638
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | SUPERSEDING INDICTMENT |
| - against - | |
| JUAN FERNANDO ALVAREZ MEYENDORF,  also known as "Mechas," and RAUL GIL-TABARES,  also known as "Primo," | Cr. No. 10 CR 963 (S-1)(ENV) T. 21, U.S.C., §§ 853(a), 853(p), 959(c), 960(a)(1), 960(a)(3), 960(b)(1)(B)(ii) and 963; T. 18, U.S.C., §§ 3551 et seq.) |
| Defendants. | |

- - - - - - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(International Cocaine Distribution Conspiracy)

1. On or about and between January 1, 2002 and June 7, 2010, both dates being approximate and inclusive, within the extraterritorial jurisdiction of the United States, the defendants JUAN FERNANDO ALVAREZ MEYENDORF, also known as "Mechas," and RAUL GIL-TABARES, also known as "Primo," together with others, did knowingly and intentionally conspire to distribute a controlled substance, intending and knowing that such substance would be unlawfully imported into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 959(a).

(Title 21, United States Code, Sections 963, 959(c), 960(a)(3) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 3551 et seq.)

## COUNT TWO
(Conspiracy to Import Cocaine)

2. On or about and between January 1, 2002 and June 7, 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant JUAN FERNANDO ALVAREZ MEYENDORF, also known as "Mechas," together with others, did knowingly and intentionally conspire to import a controlled substance into the United States from a place outside thereof, which offense involved five kilograms or more of a substance containing cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 952(a).

(Title 21, United States Code, Sections 963, 960(a)(1) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION AS TO COUNTS ONE AND TWO

3. The United States hereby gives notice to the defendants that, upon their conviction of the offenses charged in Counts One and Two, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offenses to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses.

4.  If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

-3-

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

JUAN FERNANDO ALVAREZ MEYENDORF,
also known as "Mechas," and
RAUL GIL-TABARES,
also known as "Primo,"

Defendant.

## SUPERSEDING INDICTMENT

(T. 21, U.S.C., §§ 853(a), 853(p), 959(c), 960(a)(1), 960(a)(3), 960(b)(1)(B)(ii) and 963; T. 18, U.S.C., §§ 3551 et seq.)

*A true bill*

_____
Foreman

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____

_____

*Justin D. Lerer, Assistant United States Attorney, (718) 254-6124*