UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                               :

                Plaintiff,                                :

   -against-                                                      :        10 CR 963 (ENV)

JUAN FERNANDO ALVAREZ-MEYENDORF,         :

                Defendant.                             :

------------------------------------------------------------------x

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

S I R S:

      PLEASE TAKE NOTICE that, pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Eastern District of New York, and based upon the accompanying Declaration in Support of this Motion for Leave to Withdraw as Counsel to Defendant Juan Fernando Alvarez-Meyendorf, David Wikstrom hereby moves this Court for an Order approving his withdrawal as counsel to the

Defendant.

Dated: New York, New York
       April 2, 2013

                                                            DAVID WIKSTROM
                                                            Woolworth Building
                                                            233 Broadway, Suite 2208
                                                            New York, New York 10279
                                                            (212) 248-5511
                                                            *david@davidwikstrom.com*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                       :

                Plaintiff,                :

    -against-                                       :        10 CR 963 (ENV)

JUAN FERNANDO ALVAREZ-MEYENDORF,                :

                Defendant.                :

------------------------------------------------------------------x

## DECLARATION OF DAVID WIKSTROM

      DAVID WIKSTROM, ESQ., an attorney duly admitted to practice before the Courts of the State of New York, and a member of the Bar of the United States District Court for the Eastern District of New York, hereby states under the penalties of perjury that the following is true:

      1. I was retained to represent the above defendant in July 2011. I filed my Notice of Appearance as his attorney on July 22, 2011.

      2. Thereafter, the defendant retained Paul R. Nalven, Esq., to represent him. Mr. Nalven filed his Notice of Appearance on September 15, 2011. In the ensuing months, Mr. Nalven handled most aspects of the representation, and I had virtually no direct contact with Mr. Meyendorf.

      3. On August 9, 2012, the defendant confirmed that it was his wish to proceed with Mr. Nalven alone as his attorney, and that he was unwilling to comply with the terms of the

retainer agreement he had previously executed.

4. I was unable to file this motion immediately after that meeting, because the Local Rules require service of the motion upon the defendant, and his whereabouts were unknown.

5. Mr. Meyendorf is now in the Eastern District, and is before the Court, having been arraigned on the Indictment with Mr. Nalven as his attorney.

Accordingly, I now respectfully request that the Court grant my application to be relieved as counsel.

Dated: New York, New York
      April 2, 2013

                                                        /s/ David Wikstrom
                                                        DAVID WIKSTROM

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on April 2, 2013 I served a copy of this motion upon Juan Fernando Alvarez-Meyendorf, defendant herein (who is unable to accept electronic filing), by mail, addressed to: Juan Fernando Alvarez Meyendore, Reg. No. 80632-053, MDC Brooklyn, P. O. Box 329002, Brooklyn, New York 11232.

Notice of this filing will be sent by email to all other parties by operation of the Court's electronic filing system.

_____
DAVID WIKSTROM